AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of California

| | |
|---|---|
| United States of America<br>v.<br>ALEJANDRO AGUILAR a.k.a. ALEX<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 5:10-mj-00027 JLT |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __October 10, 2009__ in the county of __Kern__ in the __Eastern__ District of __California__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 USC, Section 1073 | FLIGHT TO AVOID PROSECUTION |

This criminal complaint is based on these facts:
SEE ATTACHED AFFIDAVIT

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Gustavo E. Olvera Jr., FBI-Task Force Officer
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 5-18-10

_____
*Judge's signature*

City and state: BAKERSFIELD, CALIFORNIA

Jennifer L. Thurston, U.S. Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, Gustavo E. Olvera, being duly sworn, state the following:

1. I am an investigator or law enforcement officer of the United States within the meaning of Title 18 U.S.C. 2510(7), and I am empowered by law to conduct criminal investigations and make arrests for offenses enumerated in title 18 U.S.C. 2516.

2. I have been a peace officer for the Shafter Police Department for the last four years. However, I have over ten years of law enforcement experience. I am currently assigned to the Federal Bureau of Investigation Kern County Violent Crimes Gang Task Force as a Task Force Officer.

3. I have participated in numerous criminal investigations consisting of drug and violent crimes during my tenure at the Shafter Police Department. Prior to my employment with the Shafter Police Department I was employed with the Kern County Sheriff's Department as an Extra Help Deputy for six years. During this time I worked patrol assignments and assisted deputies in investigations pertaining primarily to the northern area of Kern County. During the same period of time I was also a employed by the Federal Bureau of Investigation as a Spanish Contract Linguist. During this time I participated in numerous investigations consisting of the interception of wire communications (wire taps). The investigations targeted individuals who were involved in the distribution of illegal narcotics throughout California. These investigations typically resulted in numerous arrests and the dismantling of major drug

1. organizations.

2. 4.  Additionally, prior to my employment with the Kern County Sheriff's Department and the Shafter Police Department, I was employed as a Investigator for the Housing Authority of the County of Kern for a period of about six years. I was a sworn peace officer as well and conducted hundreds of investigations relating to criminal street gang and the sales and distribution of illegal drugs.

3. 5.  During the past ten years as a California Peace Officer, my duties have included the enforcement of various laws of the state of California to include violent crimes such as murder. I have attended numerous in-service training classes, both formal and informal. Your Affiant has attended and completed a P.O.S.T. certified Police Academy and other Police Officer Standards and Training (P.O.S.T) certified training, which has consisted of over 1000 hours of training.

4. 6.  I am familiar with the facts and circumstances described herein and make this affidavit based upon personal knowledge derived from my participation in this investigation, conclusions based on my training and experience, and upon information I believe to be reliable. This affidavit is in support of an arrest warrant for Alejandro Aguilar, who fled Kern County and the State of California to avoid prosecution for violation of murder, a felony in the state of California.

5. 7.  On 10/09/2009, at about 4:10 p.m., Shafter Police Officers were dispatched to 111 N. Shafter Avenue, the Apple Market regarding a shooting. Officers responded and found

Michael Fimbres lying on the ground with a gun shot wound to his upper right arm and Carlos Fimbres with a gunshot wound to his upper chest.  Shafter Police Officers also found Pete Fimbres with a gunshot wound to his head and a gunshot wound to his neck.  Also found at the scene was Julio Herrera with a single gunshot wound to the head.  Both individuals were deceased.  On the day of the incident Federal Bureau of Investigation (FBI) Task Force Officer (TFO) Gustavo Olvera interviewed several witnesses who identified Alejandro Aguilar, date of birth 02/24/1992, address 30705 Paseo de Pico, Shafter, California, as the suspect who shot the four individuals.

8.   The Shafter Police Department along with the Bakersfield Police Department and the Federal Bureau of Investigation conducted a search of Aguilar's residence, and a canvass of the neighborhood known as the "Mexican Colony" where Aguilar lived.  Officers were unable to locate Aguilar.

9.   TFO Olvera and Sgt. Lionel Lopez from the Shafter Police Department have had several interviews with Aguilar's father Valentin Aguilar.  Valentin advised that he has relatives in Mexico in the state of Guerrero in a city named Zihuatanejo in an area known as Varrio Viejo.

10.   On 10/10/2009, the Shafter Police Department obtained an arrest warrant for Aguilar for violation of Penal Code (PC) 187 Murder in the first degree.

11.   On 04/29/2010, the Shafter Police Department recently contacted a confidential informant who indicated that Aguilar was in Mexico.  The confidential informant advised that

1  Aguilar was working in an ice cream shop and that Aguilar was
2  also living there.  Based on the ongoing investigation I believe
3  that Alejandro Aguilar is in the city of Zihuatanejo, area of
4  Varrio Viejo, in the state of Guerrero, Mexico.  Due to the
5  information received from family members and from a confidential
6  informant Sgt. Lopez from the Shafter Police Department contacted
7  the FBI for assistance regarding captioned investigation.
8          12.  On 05/12/2010, a request was received from the
9  District Attorney's Office of the County of Kern requesting FBI
10 assistance in locating Aguilar.
11         13.  Based on the above information, it is requested
12 that a warrant be issued for Alejandro Aguilar, charging him with
13 violation of Title 18, U.S.C. 1073 Unlawful Flight To Avoid
14 Prosecution for violation of California P.C. 187, Murder.

_____
Gustavo E. Olvera
Task Force Officer (KCVCGTF)
Federal Bureau of Investigation

Subscribed and sworn before
me on the 18th day of May, 2010.

_____
United States Magistrate Judge

4