IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | Case No. 5:10-MJ-00027 JLT |
| **Plaintiff,** | **ORDER FOR DISMISSAL OF COMPLAINT** |
| v. | |
| **ALEJANDRO AGUILAR,** | **(Doc. 3)** |
| **Defendants.** | |

Based upon the motion of the government (Doc. 3) and in the interests of justice, the Court **ORDERS**:

1. The complaint against ALEJANDRO AGUILAR, is **DISMISSED** in the interest of justice and without prejudice;

2. The warrant for arrest is **RECALLED**.

IT IS SO ORDERED.

Dated:   **December 5, 2012**              /s/ Jennifer L. Thurston
                                                                        UNITED STATES MAGISTRATE JUDGE

1